539 A.2d 809

**In re Nomination Petition of Len STANGA, Candidate for the Office of Representative in the Pennsylvania General Assembly From the 31st Legislative District.**

**Petition of Len STANGA.**

Supreme Court of Pennsylvania.

Argued April 12, 1988.

Decided April 18, 1988.

Richard E. Gingrich, pro se.

Richard H. Luciana, Verona, for petitioner.

Michael J. Minney, Lancaster, for appellee.

S. Michael Streib, Pittsburgh, for respondent.

## ORDER

PER CURIAM:

Motion to Quash Appeal and Strike Petition granted.

Larsen, Justice, did not participate in the consideration or decision of this case.